# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIO AGUILAR-CONTRERAS, JR., <br><br>Petitioner, <br><br>v. <br><br>V. M. ALMAGER, Warden, <br><br>Respondent. | NO. EDCV 06-1226-RGK(CT) <br><br> JUDGMENT |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: AUG 29 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE